UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| SANJAC SECURITY, INC. | § | 15-31008-H4-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

COMES NOW SANJAC SECURITY, INC., Debtor, and files this it's Emergency Motion for Authority to Use Cash Collateral, and in support thereof would respectfully state as follows:

1. Movant is the Debtor and Debtor in Possession herein.

2. Debtor is a security company providing security guard and patrol services.

3. The Internal Revenue Service asserts a security interest in all of Debtor's accounts receivable by virtue of UCC filings to secure indebtedness owed by Debtor.

4.	Debtor needs to continue its business herein in order to be able to propose a plan of reorganization.

5.	Debtor has no alternative borrowing source and to remain in business must be permitted to use its funds collected from normal business operations to pay its pay payroll, rent, advertising, permits, repairs and maintenance, insurance, utilities, office expenses and supplies.

6.	This motion is an emergency motion under Bankruptcy Rule 4001(b)(2).  Pending a final hearing on the relief requested by this motion, the Debtor needs to use the cash collateral to avoid immediate and irreparable harm to the estate in that absent such use the Debtor would be required to cease operations.

7.	 The cash collateral at issue herein is the accounts receivable.  Debtor is requesting authorization for use of cash collateral for 14 days in the amount of $106,000.00.  Obviously, Debtor consents to giving the Internal Revenue Service a replacement lien on all of its security.

WHEREFORE, premises considered, Debtor respectfully moves this Honorable Court to authorize its use of cash collateral on an emergency basis and at a final hearing, and for such other and further relief as is just.

Respectfully submitted,

   /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
2 Houston Center
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
Margaret@mmmcclurelaw.com (e-mail)

ATTORNEY FOR DEBTOR

SANJAC SECURITY INC
14 DAY BUDGET

| | |
|---|---|
| REVENUE (SALES) | $122,661.13 |
| TOTAL REVENUE | $122,661.13 |
| COST OF SALES | |
| FUEL | $4200.00 |
| TOTAL COST OF SALES | $4200.00 |
| GROSS PROFIT | $118,461.13 |
| EXPENSES | |
| SALARY/PAYROLL EXPENSE | $68,000.00 |
| PAYROLL TAXES | $18,000.00 |
| SUPPLIES (OFFICE & OPERATING) | $500.00 |
| REPAIRS & MAINTENANCE | $2245.20 |
| ADVERTISING | |
| ACCOUNTING & LEGAL | |
| RENT | $1500.00 |
| TELEPHONE/COMMUNICATIONS | $3667.83 |
| UTILITIES | |
| INSURANCE (GL, AUTO, & UMBRELLA) | |
| INSURANCE (WORK COMP) | $3800.00 |
| PERMITS (TX DEPT PUBLIC SAFETY) | $750.00 |
| OTHER EXPENSES (UNIFORMS) | $1000.00 |
| MISC. | $2000.00 |
| TOTAL EXPENSES | $101,463.03 |
| NET PROFIT | $16,998.10 |
| TOTAL EXPENSES INCLUDING TOTAL COST OF SALES | $105,663.03 |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served on all parties in interest as set out on the attached matrix either electronically or by U.S. mail on February 24, 2015.

      /s/ Margaret M. McClure
      MARGARET M. MCCLURE

```
Label Matrix for local noticing        Sanjac Security, Inc.                  United States Bankruptcy Court
0541-4                                 P.O. Box 654                           PO Box 61010
Case 15-31008                          Humble, TX 77347-0654                  Houston, TX 77208-1010
Southern District of Texas
Houston
Tue Feb 24 14:13:56 CST 2015

A-1 Golf Cars/                         AT&T                                   Amsys Innovative Solutions
James A. Storms                        P.O. Box 105068                        8300 Bissonnett Street, Suite 570
609 Oak Street                         Atlanta, GA 30348-5068                 Houston, TX 77074-3915
La Marque, TX 77568-5948


Aramark                                Carr, Riggs & Ingram, LLC              Digitec
1665 Towhhurst, Suite 160              Two Riverway, 15th Floor               12560 Reed Road, Suite 200
Houston, TX 77043-3236                 Houston, TX 77056-2084                 Sugar Lan, TX 77478-3380


Harris County, et al                   Harris County, et al                   Harris County, et al
c/o Mr. John P. Dillman                c/o Tax Assessor-Collector             c/o Tax Assessor-Collector
Linebarger Goggan Blair & Sampson      P.O. Box 4089                          P.O. Box 4622
P.O. Box 3064                          Houston, TX 77210-4089                 Houston, TX 77210-4622
Houston, TX 77253-3064


Harris Leasing Company                 Harris Leasing Company                 Humble ISD
3100 S. Gessner, Suite 108             P.O. Box 42203                         c/o Mr. Owen M. Sonik
Houston, TX 77063-3744                 Houston, TX 77242-2203                 Perdue, Brandon, Fielder, Collins & Mott
                                                                              1235 North Loop West, Suite 600
                                                                              Houston, TX 77008-1772


In-Time Solutions, Inc.                Internal Revenue Service               (p)INTERNAL REVENUE SERVICE
#1410-1188 W. Georgia Street           P.O. Box 7346                          CENTRALIZED INSOLVENCY OPERATIONS
Vancouver, BC                          Philadelphia, PA 19101-7346            PO BOX 7346
Canada V6E 4A2                                                                PHILADELPHIA PA 19101-7346


Internal Revenue Service               Planche-Politz-Ledit, LLC              Scotts Janitorial Service
c/o United States Attorney             18212 East Petroleum Drive, Suite 1B   P.O. Box 4006
Southern District of Texas             Baton Rouge, LA 70809-6134             Humble, TX 77347-4006
1000 Louisiana Street, Suite 2300
Houston, TX 77002-5010


Texas Comptroller of Public Accounts   Texas Comptroller of Public Accounts   US Trustee
111 E. 17th Street                     c/o Office of the Attorney General     Office of the US Trustee
Austin, TX 78774-0100                  P.O. Box 12548                         515 Rusk Ave
                                       Austin, TX 78711-2548                  Ste 3516
                                                                              Houston, TX 77002-2604


Windstream                             YP                                     Margaret Maxwell McClure
P.O. Box 600766                        P.O. Box 5010                          Attorney at Law
Dallas, TX 75360                       Carol Stream, IL 60197-5010            909 Fannin
                                                                              Suite 3810
                                                                              Houston, TX 77010-1030
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              (d)Internal Revenue Service
Special Procedures Branch             c/o United States Attorney General
Insolvency Section II (7, 9, 11, 12)  U.S. Department of Justice
1919 Smith Street, Stop 5025HOU       10th & Constitution, N.W.
Houston, TX 77002                     Washington, D.C. 20530
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Sanjac Security, Inc.              End of Label Matrix
P.O. Box 654                          Mailable recipients   26
Humble, TX 77347-0654                 Bypassed recipients    1
                                      Total                 27
```