**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of Texas
## Houston Division

In re **Sanjac Security, Inc.**                                ,

Debtor

Case No. **15-31008-H4-11**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 6 | $ 266,620.83 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 7,886.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 268,888.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 19,218.84 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 266,620.83 | $ 295,993.88 | |

**B6A (Official Form 6A) (12/07)**

In re: __Sanjac Security, Inc.__                                      Case No. __15-31008-H4-11__
                    Debtor                                                                     (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

                                                    Total  ➢  | **0.00** |
                                                            (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Sanjac Security, Inc.**_____ ,   Case No. __15-31008-H4-11__
                                    Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Certificate of Deposit with Humble Community Bank for Bond for Texas Comptroller of Public Accounts** | | **10,330.38** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (In name of Jeffery Scott Theis but funds belong to Debtor) - Wells Fargo Bank, account no. ...4766** | | **38,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Operating Account) - Wells Fargo Bank, account no. ...8474 - Balance as of January 31, 2015** | | **4,786.31** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Payables Account) - Wells Fargo Bank, account no. ...2603 - Balance as of January 31, 2015** | | **-485.44** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Payroll Account) - Wells Fargo Bank, account no.  ...2603 - Balance as of January 31, 2015** | | **7,236.60** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Savings Account) - Wells Fargo Bank, account no. ...4444 - Balance as of January 31, 2015** | | **132.02** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Sanjac Security, Inc.**                                          Case No. **15-31008-H4-11**

                                     Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Sanjac Security, Inc.**                                            Case No. **15-31008-H4-11**
_____                              _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts Receivable** | | **161,945.96** |
| | | **Aeroterm, U.S., Inc.: $5,647.89;** | | |
| | | **ALLPOINTS: $6,031.18;** | | |
| | | **Walmart #4298 (Beltway 8/Rankin): $5,158.79;** | | |
| | | **Walmart #400 (Conroe): $3,546.43;** | | |
| | | **Walmart #1040 (Copperfield): $8,566.10;** | | |
| | | **Core-Mark Midcontinent:$1,311.99;** | | |
| | | **Walmart #1103 (Cornerstone): $3,390.40;** | | |
| | | **Walmart #597 (Cutten): $6,057.16;** | | |
| | | **Walmart #5091 (Cypress): $2,775.34;** | | |
| | | **Walmart #3297 (Eldridge): $13,818.57;** | | |
| | | **Global Waste Services: $1,960.88;** | | |
| | | **HBC International, LLC: $6,775.66;** | | |
| | | **Highland Threads: $1,668.65;** | | |
| | | **Houston Food Bank: (-$1,015.20);** | | |
| | | **Walmart #1837 (Humble): $3,946.24;** | | |
| | | **Hydril USA Distribution, LLC: $3,770.58;** | | |
| | | **Kagan Properties: $621.42;** | | |
| | | **Walmart #4538 (Katy): $13,384.14;** | | |
| | | **Nabors Drilling: $44,922.93;** | | |
| | | **Northpark Business Center: $845.65;** | | |
| | | **Paulie's Restaurant: $495.24;** | | |
| | | **Preferred Freezer Service: $4,208.76;** | | |
| | | **Sam's Club #8217: $11,116.40;** | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Sanjac Security, Inc.**                                                       Case No. **15-31008-H4-11**
                                    Debtor                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Scientific Drilling: $1,807.97; | | |
| | | SDV USA, Inc.: $1,787.80; | | |
| | | Walmart #849 (Spring): $3,764.39; | | |
| | | Walmart #2993 (Sugar Land): (-$40.05); | | |
| | | Tenaris Hydril, LLC: (-$7,871.94); | | |
| | | Walmart #5045 (Tomball): $8,568.74; | | |
| | | Willbros Construction (U.S.), LLC: $4,923.87; and | | |
| | | Walmart #3213 (Woodlands): (-$0.02) | | |
| Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | **License with the Texas Department of Public Safety as Investigations/Security Contractor/Guard Company, License No. ...8321** | | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Cobalt, Vin No. 1G1AS58H097215199 (106,528 miles) - Paid for** | | **1,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Cobalt, Vin No. 1G1AS58H197140013 (70,952 miles) - Paid for** | | **2,000.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Sanjac Security, Inc.**                                                     ,          Case No. **15-31008-H4-11**
                                    Debtor                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Cobalt, Vin No. 1G1AS58H197232514 (115,713 miles - Paid for** | | **1,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Cobalt, Vin No. 1G1AS58H197258613 (100,820 miles - Paid for** | | **1,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Silverado, Vin No. 1GCEC14X39Z112682 (169,567 miles) $2000.00** | | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F53A7145940 (75,143 miles - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F54A7128645 (77,439 miles - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F54A7202839 (90,833 miles) - Paid for** | | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F56A7202809 (71,820) - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F57A7172879 (88,031 miles - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chevrolet Cobalt, Vin No. 1G1AB5F59A7134909 (78,836 miles - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Chevrolet Cruze, Vin No. 1G1PC5SHXB7279532 (70,390 miles) - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Chevrolet Cruze, Vin No. 1GIPC5SH9B7285614 (76,550 miles)** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Chevrolet Cruze, Vin No. 1GIPC5SH9B7285984 (62,524 miles) - Paid for** | | **2,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Chevrolet Silverado, Vin No. 1GCNCPEX802114101 (87,287 miles) - Paid for** | | **7,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Electric Golf Carts (3) - Paid for** | | **900.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Chairs (6 in Front Lobby)** | | **275.00** |
| Office equipment, furnishings, and supplies. | | **Computers (8)** | | **1,800.00** |
| Office equipment, furnishings, and supplies. | | **Copy Machine** | | **500.00** |
| Office equipment, furnishings, and supplies. | | **Credenzas (2)** | | **150.00** |
| Office equipment, furnishings, and supplies. | | **Desks (4)** | | **800.00** |
| Office equipment, furnishings, and supplies. | | **End Tables (2)** | | **50.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Sanjac Security, Inc.**                                      ,                    Case No. 15-31008-H4-11
                                            **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Filing Cabinets (12)** | | **400.00** |
| Office equipment, furnishings, and supplies. | | **Folding Tables (2)** | | **75.00** |
| Office equipment, furnishings, and supplies. | | **Office Chairs (5)** | | **125.00** |
| Office equipment, furnishings, and supplies. | | **Printers/Fax Machines Multi-function (6)** | | **500.00** |
| Office equipment, furnishings, and supplies. | | **Refrigerator** | | **450.00** |
| Office equipment, furnishings, and supplies. | | **Scretarial Chairs (6)** | | **250.00** |
| Office equipment, furnishings, and supplies. | | **Table and Chairs (4)** | | **400.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____   continuation sheets attached                    Total    ➢    **$ 266,620.83**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Sanjac Security, Inc.**                                    .        Case No.  **15-31008-H4-11**
                                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...Lf52 <br><br>**Harris County, et al**<br>**c/o Mr. John P. Dillman**<br>**Linebarger Goggan Blair & Sampson**<br>**P.O. Box 3064**<br>**Houston, TX 77253-3064**<br><br>**Harris County, et al**<br>**c/o Tax Assessor-Collector**<br>**P.O. Box 4089**<br>**Houston, TX 77210-4089**<br><br>**Harris County, et al**<br>**c/o Tax Assessor-Collector**<br>**P.O. Box 4622**<br>**Houston, TX 77210-4622** | | | **Property Taxes**<br><br>VALUE **$0.00** | | | | 4,146.55 | 0.00 |
| ACCOUNT NO. <br><br>**Harris Leasing Company**<br>**3100 S. Gessner, Suite 108**<br>**Houston, TX 77063**<br><br><br>**Harris Leasing Company**<br>**P.O. Box 42203**<br>**Houston, TX 77242** | | | **Lease Agreement**<br>**Lease of 2 HP Smart Buy Pro**<br>**6300 Computers, 1 HP Smart**<br>**Buy Probook B 6700, 1 Lexmark**<br>**MX511DE Scanner Copier Fax**<br>**and 1 Reconditioned Kyocera**<br>**Copystar CS-5201 Digital**<br>**System, and 1 Supermicro 2U 4x**<br>**XEON 24G 3x1TB R5 Server**<br><br>VALUE **$0.00** | | | | 3949.27. | 0.00 |
| ACCOUNT NO. <br><br>**Humble ISD**<br>**c/o Mr. Owen M. Sonik**<br>**Perdue, Brandon, Fielder, Collins & Mott**<br>**1235 North Loop West, Suite 600**<br>**Houston, TX 77008-1772** | | | **Property Taxes**<br><br>VALUE **$0.00** | | | | 3,740.20 | 0.00 |

0      continuation sheets
       attached

Subtotal  ➤
(Total of this page)

| $ | 7,886.75 | $ | 0.00 |
|---|---|---|---|

Total  ➤
(Use only on last page)

| $ | 7,886.75 | $ | 0.00 |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re **Sanjac Security, Inc.** _____
<br>Debtor

Case No. **15-31008-H4-11**
<br>(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Sanjac Security, Inc.**                                      ,     Case No.     15-31008-H4-11
                                                                                                    (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346**<br><br>**Internal Revenue Service<br>Special Procedures Branch<br>Insolvency Section II (7, 9, 11, 12)<br>1919 Smith Street, Stop 5025HOU<br>Houston, TX 77002**<br><br>**Internal Revenue Service<br>c/o United States Attorney<br>Southern District of Texas<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002**<br><br>**Internal Revenue Service<br>c/o United States Attorney General<br>U.S. Department of Justice<br>10th & Constitution, N.W.<br>Washington, D.C. 20530** | | | | | | | **170,000.00** | **170,000.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Texas Comptroller of Public Accounts<br>c/o Ms. Kimberly A. Walsh<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548**<br>**Texas Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774-0100** | | | | | | | **98,888.29** | **98,888.29** | **$0.00** |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $  **268,888.29** | $  **268,888.29** | $  **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **268,888.29** | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **268,888.29** | $  **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Sanjac Security, Inc.**                                              Case No.  **15-31008-H4-11**
                                                             **Debtor**                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **A-1 Golf Cars/ James A. Storms 609 Oak Street La Marque, TX 77568** | | | | | | | **324.75** |
| ACCOUNT NO. <br><br> **Amsys Innovative Solutions 8300 Bissonnett Street, Suite 570 Houston, TX 77074** | | | | | | | **2,433.48** |
| ACCOUNT NO.  **...6379** <br><br> **Aramark 1665 Towhhurst, Suite 160 Houston, TX 77043** | | | | | | | **289.97** |
| ACCOUNT NO.  **...3 001** <br><br> **AT&T P.O. Box 105068 Atlanta, GA 30348--50668** | | | | | | | **477.25** |
| ACCOUNT NO. <br><br> **Carr, Riggs & Ingram, LLC Two Riverway, 15th Floor Houston, TX 77056** | | | | | | | **13,462.94** |

    1   Continuation sheets attached

                                                                                                    Subtotal  ➢  $        **16,988.39**

                                                                                                        Total  ➢  $

                                                                                                    (Use only on last page of the completed Schedule F.)
                                                                                    (Report also on Summary of Schedules and, if applicable on the Statistical
                                                                                                Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Sanjac Security, Inc.**                                              Case No.   **15-31008-H4-11**
                        **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Digitec**<br>**12560 Reed Road, Suite 200**<br>**Sugar Lan, TX 77478** | | | | | | | **238.16** |
| ACCOUNT NO.<br><br>**Windstream**<br>**P.O. Box 600766**<br>**Dallas, TX 75266** | | | | | | | **580.16** |
| ACCOUNT NO.   **...0001**<br><br>**YP**<br>**P.O. Box 5010**<br>**Carol Stream, IL 60197-5010** | | | | | | | **1,412.13** |

    1   Continuation sheets attached

Sheet no.  1 of 1 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal   ➢ | $   **2,230.45** |
| Total   ➢ | $   **19,218.84** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  __Sanjac Security, Inc._____,      Case No. __15-31008-H4-11_____
                                    **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Harris Leasing Company**<br>**3100 S. Gessner, Suite 108**<br>**Houston, TX 77063**<br><br><br>**Harris Leasing Company**<br>**P.O. Box 42203**<br>**Houston, TX 77242** | **Lease of 2 HP Smart Buy Pro 6300 Computers, 1 HP Smart Buy Probook B 6700, 1 Lexmark MX511DE Scanner Copier Fax and 1 Reconditioned Kyocera Copystar CS-5201 Digital System, and 1 Supermicro 2** |
| **Joel & Sharon Scott**<br>**P.O. Box 2075**<br>**Humble, TX 77347-2075** | **Business space lease** |

**B6H (Official Form 6H) (12/07)**

In re: **Sanjac Security, Inc.**
_____
    Debtor

Case No. **15-31008-H4-11**
                            (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Sanjac Security, Inc.**                                        Case No.  **15-31008-H4-11**
_____                                    _____
                                 **Debtor**                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jeffery Scott Theis**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **15**_____  sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date    **2/25/2015**_____        Signature:    **s/ Jeffery Scott Theis**_____

                                                             **Jeffery Scott Theis President**_____
                                                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re:   **Sanjac Security, Inc.**

Case No.   **15-31008-H4-11**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Jeffery Scott Theis**<br>**P.O. Box 654**<br>**Humble, TX 77347-0654** | **Common** | **100% ownership** | **Shareholdr** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jeffery Scott Theis**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   **2/25/2015**

**s/ Jeffery Scott Theis**

**Jeffery Scott Theis, President, Sanjac Security, Inc.**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7)(12/12)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

In re: **Sanjac Security, Inc.**
<br>Debtor

Case No **15-31008-H4-11**
<br>(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2015 | $2,117,787.75 | Gross Income (May 1, 2014 through January 28, 2015) |
| 2014 | $3,026,901.03 | Gross Income |
| 2013 | $3,267,305.52 | Gross Income |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express** | **Within 90 days prior to filing** | **$8755.12** | |
| **Credit Acceptance (insurance)** | **Within 90 days prior to filing** | **$49,605.39** | |
| **Texas Mutual (workers comp)** | **Within 90 days prior to filing** | **$13,044.00** | |

None
☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[1]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |
| | | | |

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

[1] *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
|  |  |  |  |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Margaret M. McClure Attorney at Law 909 Fannin, Suite 3810 Houston, Texas 77010** | **1/29/2015 paid by Jeffery S. Theis, Debtor's principal** | **$24,000.00** |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Humble Community Bank** | **Checking Account (Accounts Payable), account no. ...4716** | **Closed September, 2014 with Zero balance** |
| **Humble Community Bank** | **Checking Account (Operating Account), account no. ...4465** | **Closed September, 2014 with Zero balance** |
| **Humble Community Bank** | **Checking Account (Payroll Account), account no. ...2456** | **Closed September, 2014 with Zero balance** |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15. Prior address of debtor**

None ☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME:

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

7

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sanjac Security, Inc.** | **76-0502951** | **P.O. Box 654 Humble, TX 77347-0654** | **Security company** | **Began: 4/11/1996** |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

**Jeffery Scott Theis, President**                       **To Present**
**P.O. Box 654**
**Humble, TX 77347-0654**

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

**Jeffery Scott Theis, President**            **P.O. Box 654**
                                              **Humble, TX 77347-0654**

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jeffery Scott Theis** <br> **P.O. Box 654** <br> **Humble, TX 77347-0654** | **President** | **100% ownership** |

---

### 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeffery Scott Theis, President**<br>**P.O. Box 654**<br>**Humble, TX 77347-0654**<br><br>**President** | **Compensation/draws for the previous 12 months (Approximate)** | **$48,000.00** |

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **2/25/2015**                    Signature of Debtor    **/s/ Jeffery Scott Theis, President**

                                       Signature of Joint Debtor
Date                                   (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Texas
### Houston Division

In re:  **Sanjac Security, Inc.**

Case No. **15-31008-H4-11**

Chapter **11**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **24,000.00** |
| Prior to the filing of this statement I have received | $ | **24,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)       **Paid by Jeffrey S. Theis, Debtor's principal on 1/29/2015**

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
    of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
    my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
    attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/25/2015**

**/s/ Margaret M. McClure**
**Margaret M. McClure, Bar No.  00787997**

**Law Office of Margaret M. McClure**
Attorney for Debtor(s)

---

Sanjac Security, Inc.
P.O. Box 654
Humble, TX 77347-0654


A-1 Golf Cars/
James A. Storms
609 Oak Street
La Marque, TX 77568


Amsys Innovative Solutions
8300 Bissonnett Street, Suite 570
Houston, TX 77074


Aramark
1665 Towhhurst, Suite 160
Houston, TX 77043


AT&T
P.O. Box 105068
Atlanta, GA 30348--50668


Carr, Riggs & Ingram, LLC
Two Riverway, 15th Floor
Houston, TX 77056


Digitec
12560 Reed Road, Suite 200
Sugar Lan, TX 77478


Harris County, et al
c/o Tax Assessor-Collector
P.O. Box 4622
Houston, TX 77210-4622


Harris County, et al
c/o Tax Assessor-Collector
P.O. Box 4089
Houston, TX 77210-4089

Harris County, et al
c/o Mr. John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064


Harris Leasing Company
3100 S. Gessner, Suite 108
Houston, TX 77063


Harris Leasing Company
P.O. Box 42203
Houston, TX 77242


Humble ISD
c/o Mr. Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008-1772


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures Branch
Insolvency Section II (7, 9, 11, 12)
1919 Smith Street, Stop 5025HOU
Houston, TX 77002


Internal Revenue Service
c/o United States Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002


Internal Revenue Service
c/o United States Attorney General
U.S. Department of Justice
10th & Constitution, N.W.
Washington, D.C. 20530

```
Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100
```

```
Texas Comptroller of Public Accounts
c/o Ms. Kimberly A. Walsh
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548



Windstream
P.O. Box 600766
Dallas, TX 75266



YP
P.O. Box 5010
Carol Stream, IL 60197-5010
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Sanjac Security, Inc.**                                          Case No. **15-31008-H4-11**

                                   Debtor                                   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **2/25/2015**                          Signed: **s/ Jeffery Scott Theis**
                                                **Jeffery Scott Theis**

Signed:  **/s/ Margaret M. McClure**
         **Margaret M. McClure**
         Attorney for Debtor(s)
         Bar no.:       **00787997**
         **Law Office of Margaret M. McClure**
         **909 Fannin, Suite 3810**
         **Houston, TX 77010**
         Telephone No.:   **713-659-1333**
         Fax No.:         **713-658-0334**
         E-mail address:   **Margaret@mmmcclurelaw.com**