B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re **Sanjac Security, Inc.**, Case No. **15-31008-H4-11**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | $170,000.00 |
| **Texas Comptroller of Public Accounts**<br>c/o Ms. Kimberly A. Walsh<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | | | $98,888.29 |
| **Carr, Riggs & Ingram, LLC**<br>Two Riverway, 15th Floor<br>Houston, TX 77056 | | | | $13,462.94 |
| **Amsys Innovative Solutions**<br>8300 Bissonnett Street, Suite 570<br>Houston, TX 77074 | | | | $2,433.48 |
| **YP**<br>P.O. Box 5010<br>Carol Stream, IL 60197-5010 | | | | $1,412.13 |
| **Windstream**<br>P.O. Box 600766<br>Dallas, TX 75266 | | | | $580.16 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Sanjac Security, Inc.**     , Case No. **15-31008-H4-11**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jeffery Scott Theis, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/25/2015**          Signature: **s/ Jeffery Scott Theis**

**Jeffery Scott Theis ,President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.